**Opinion issued February 25, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00847-CV

———————————

**ADRIANA MALDONADO ROMO AND ELIAS ROMO,**

**Appellants**

**V.**

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF AEGIS ASSET BACKED SECURITIES TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-4,**

**Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1065449**

---

## MEMORANDUM OPINION

Appellants, Adriana Maldonado Romo and Elias Romo, filed a notice of appeal in the trial court from the final judgment, signed on August 31, 2015, in this

forcible detainer action. *See* TEX. R. APP. P. 26.1. However, appellants have neither paid the required filing fee nor established indigence for purposes of appellate costs. *See id.* 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041(1) (West Supp. 2015), § 101.0411 (West Supp. 2015); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellants have neither paid nor made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified by the Clerk of this Court on October 27, 2015, and again on November 3, 2015, that this appeal was subject to dismissal for failure to pay the required fees, appellant did not timely respond. *See id.* 5, 37.3(b), 42.3(c).

Accordingly, we **dismiss** the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.